Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Hakop Stepanyan (State Bar No. 296782)
hstepanyan@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Defendant
LOS ANGELES TIMES COMMUNICATIONS LLC

[*counsel continued on next page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| TALIAH MIRMALEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC,<br><br>Defendant. | CASE NO.:  3:24-CV-01797-CRB<br><br>**JOINT STATUS REPORT REGARDING MEDIATION** |

1  L. Timothy Fisher (State Bar No. 191626)
2  Emily A. Horne (State Bar No. 347723)
   BURSOR & FISHER, P.A.
3  1990 North California Blvd., Suite 940
   Walnut Creek, California 94596
4  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
5  ltfisher@bursor.com
   ehorne@bursor.com
6
7  Attorneys for Plaintiff
   TALIAH MIRMALEK,
8  individually and on behalf of all others similarly situated

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Stipulation and Order to Stay Case Pending Mediation (Dkt 34), Plaintiff Taliah Mirmalek and Defendant Los Angeles Times Communications LLC (together, "the Parties") submit this Joint Status Report regarding the status of mediation.

The Parties have selected a mediator, Ambassador Jeff Bleich, and are working to schedule the mediation on the earliest possible date, likely May or June.

Dated: February 11, 2025					**HUNTON ANDREWS KURTH LLP**

							By:	/s/ Ann Marie Mortimer
								Ann Marie Mortimer
								Jason J. Kim
								Hakop Stepanyan
								Attorneys for Defendant
								LOS ANGELES TIMES
								COMMUNICATIONS LLC

Dated: February 11, 2025					**BURSOR & FISHER, P.A.**

							By:	/s/ Emily A. Horne
								L. Timothy Fisher
								Emily A. Horne
								Attorneys for Plaintiff
								TALIAH MIRMALEK

I, Ann Marie Mortimer, am the ECF user whose identification and password are being used to file this Stipulation. I hereby certify that all other signatories to this document have concurred in its filing.

Dated: February 11, 2025							/s/ Ann Marie Mortimer
									Ann Marie Mortimer