**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

**HUNTON ANDREWS KURTH LLP**
Jason J. Kim (State Bar No. 221476)
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: (213) 532-200
Facsimile: (213) 532-2020
Email: kimj@HuntonAK.com

*Attorney for Defendant Los Angeles Times Communications, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TALIAH MIRMALEK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LOS ANGELES TIMES COMMUNICATIONS, LLC,

Defendant.

Case No. 3:24-cv-01797-CRB

**STIPULATION AND [PROPOSED] ORDER EXTENDING SETTLEMENT-RELATED DEADLINES**

Judge: Hon. Charles R. Breyer

Pursuant to Civil Local Rules 6-2 and 7-11, Plaintiff Taliah Mirmalek ("Plaintiff") and Defendant Los Angeles Times Communications, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 10, 2025, the Parties filed a Notice of Settlement, which stated that the Parties will finalize the settlement agreement and file a motion for preliminary approval on or before August 25, 2025 (ECF No. 37).

WHEREAS, on December 19, 2025, the Court granted the Parties' the Motion for Preliminary Approval and set deadlines related to notice and final approval of the settlement. (ECF No. 50);

WHEREAS, due to unforeseen difficulties and burdens associated with the collection and compilation of IP addresses to combat the submission of fraudulent online claims, the Parties and the Settlement Administrator require additional time to carry out the Notice Plan;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. The new deadlines will be as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Notice Date | January 20, 2026 | February 20, 2026 |
| Motion for Attorneys' Fees, Costs, Expenses, and Service Award | March 6, 2026 | April 6, 2026 |
| Objection and Opt-Out Deadline | March 23, 2026 | April 22, 2026 |
| Claims Deadline | April 20, 2026 | May 20, 2026 |
| Final Approval Motion and Response to Any Objections | May 4, 2026 | June 4, 2026 |
| Deadline to Submit Notices of Appearance at the Final Approval Hearing | May 4, 2026 | June 4, 2026 |
| Supplement declaration (1) stating the number of claims, requests for exclusion, and objections to date and (2) attesting that Notice was disseminated consistent with the Settlement | May 12, 2026 | June 12, 2026 |

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Final Approval Hearing | May 22, 2026 at 10:00 a.m. (via Zoom) | June 26, 2026 at 10:00 a.m. (via Zoom) |
| Award Issuance Date | Begins 14 days after Effective Date | Begins 14 days after Effective Date |

Dated:  February 2, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

Dated:  February 2, 2026

**HUNTON ANDREWS KURTH LLP**

By: */s/ Jason J. Kim*

Jason J. Kim (State Bar No. 221476)
550 South Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-200
Facsimile: (213) 532-2020
Email: kimj@HuntonAK.com

*Attorney for Defendant*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Deadline to File Motion for Preliminary Approval. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Max S. Roberts, attest that concurrence in the filing of this document has been obtained

*/s/ Max S. Roberts*
Max S. Roberts

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' Stipulation and [Proposed] Order Extending Notice and Final Approval Deadlines (the "Stipulation");

The Stipulation is GRANTED as follows:

1.      The settlement deadlines are extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Notice Date | January 20, 2026 | February 20, 2026 |
| Motion for Attorneys' Fees, Costs, Expenses, and Service Award | March 6, 2026 | April 6, 2026 |
| Objection and Opt-Out Deadline | March 23, 2026 | April 22, 2026 |
| Claims Deadline | April 20, 2026 | May 20, 2026 |
| Final Approval Motion and Response to Any Objections | May 4, 2026 | June 4, 2026 |
| Deadline to Submit Notices of Appearance at the Final Approval Hearing | May 4, 2026 | June 4, 2026 |
| Supplement declaration (1) stating the number of claims, requests for exclusion, and objections to date and (2) attesting that Notice was disseminated consistent with the Settlement | May 12, 2026 | June 12, 2026 |
| Final Approval Hearing | May 22, 2026 at 10:00 a.m. (via Zoom) | June 26, 2026 at 10:00 a.m. (via Zoom) |
| Award Issuance Date | Begins 14 days after Effective Date | Begins 14 days after Effective Date |

**IT IS SO ORDERED.**

Dated:  February 3, 2026

_____
HON. CHARLES R. BREYER
United States District Judge