DANIEL OCHOA
General Delivery
North Hollywood, CA 91603
(323) 376-0706

nebashahoah@gmail.com

DANIEL OCHOA                    , IN PRO PER

FILED

MAR 09 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIAH MIRMALEK, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC,<br><br>       Defendants. | ) Case No.: 3:24-cv-01797-CRB<br>)<br>) **MOTION FOR PERMISSION TO**<br>) **UTILIZE ELECTRONIC CASE FILING**<br>) **(CM/ECF)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) DATE: 06/26/2026<br>) TIME: 10 AM<br>) DEPT: Courtroom 6, 17th Floor<br>) Hon. Charles R. Breyer |

MOTION FOR PERMISSION TO UTILIZE ELECTRONIC CASE FILING

MOTION FOR PERMISSION TO UTILIZE ELECTRONIC CASE FILING (CM/ECF)

Daniel Ochoa ("Objector/Proposed Intervenor"), appearing Pro Se, hereby moves this Court for an Order granting permission to utilize the Electronic Case Filing (CM/ECF) system in the above-captioned matter.

## I. GROUNDS FOR REQUEST

1. Efficiency and Distance: Objector resides in Los Angeles, California, within the Central District. The distance between the Objector's residence and the San Francisco Division of this Court renders physical filing and paper service burdensome and inefficient.

2. Timely Notice: Given the high-stakes nature of the proposed class action settlement and the impending deadlines, electronic access is essential to ensure that the Objector receives immediate notice of all filings and can respond within the time frames mandated by the Federal Rules of Civil Procedure.

3. Technical Capacity: Objector certifies that he has access to a computer with a reliable internet connection, a scanner capable of producing PDF documents, and a valid email address for the receipt of electronic service. Objector is familiar with the Court's Electronic Case Filing (ECF) procedures and the PACER system.

## II. CERTIFICATION OF COMPLIANCE

Objector agrees to comply with all procedures and requirements set forth in the Northern District of California's ECF User Manual and Civil Local Rule 5-1. Objector understands that permission to file electronically is a privilege and not a right, and that such permission may be revoked at the discretion of the Court.

MOTION FOR PERMISSION TO UTILIZE ELECTRONIC CASE FILING

## III. CONCLUSION

To promote the efficient administration of justice and ensure the Objector's ability to protect his interests in this matter, Objector respectfully requests that the Court grant permission to participate in the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 04, 2026, at Los Angeles, California.

Respectfully submitted,

DATED: Mar 4, 2026

DANIEL OCHOA
In Pro Per

MOTION FOR PERMISSION TO UTILIZE ELECTRONIC CASE FILING