DANIEL OCHOA
General Delivery
North Hollywood, CA 91603
(323) 376-0706

nebashahoah@gmail.com

DANIEL OCHOA          , IN PRO PER

RECEIVED

MAR 0 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIAH MIRMALEK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC,<br><br>                    Defendants. | )  Case No.: 3:24-cv-01797-CRB<br>)<br>)  **[PROPOSED] ORDER GRANTING**<br>)  **PERMISSION TO UTILIZE**<br>)  **ELECTRONIC CASE FILING (CM/ECF)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)  DATE: 06/26/2026<br>)  TIME: 10 AM<br>)  DEPT: Courtroom 6, 17th Floor<br>)  Hon. Charles R. Breyer |

[PROPOSED] ORDER GRANTING PERMISSION TO UTILIZE ELECTRONIC CASE FILING

Daniel Ochoa, appearing In Propria Persona as a Settlement Class Member and Objector, having moved this Court for permission to utilize the Electronic Case Filing (CM/ECF) system;

The Court finding that electronic filing will facilitate the efficient management of this case, provide the Objector with immediate notice of all filings, and ensure the timely protection of class interests;

IT IS HEREBY ORDERED THAT:

1. Daniel Ochoa's request for permission to participate in Electronic Case Filing is GRANTED.

2. Daniel Ochoa shall register as an ECF user with the Clerk of the Court for the Northern District of California and comply with all applicable local rules and technical requirements for electronic filing.

3. Upon successful registration, Daniel Ochoa is authorized to file all future documents in this matter electronically and shall receive electronic service of all subsequent filings via the CM/ECF system.

4. This permission is limited to the above-captioned matter and may be revoked by the Court at any time for failure to comply with ECF rules or procedures.

IT IS SO ORDERED.

DATED: March 12, 2026

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
HONORABLE CHARLES R. BREYER UNITED STATES DISTRICT JUDGE

Page 2

[PROPOSED] ORDER GRANTING PERMISSION TO UTILIZE ELECTRONIC CASE FILING