**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          klynn@bursor.com
          jwilner@bursor.com

*Class Counsel*

**HUNTON ANDREWS KURTH LLP**
Jason J. Kim (State Bar No. 221476)
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: (213) 532-200
Facsimile: (213) 532-2020
Email: kimj@HuntonAK.com

*Attorney for Defendant Los Angeles
Times Communications, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIAH MIRMALEK, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>LOS ANGELES TIMES COMMUNICATIONS, LLC,<br><br>               Defendant. | Case No. 3:24-cv-01797-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING OBJECTION DEADLINE**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 6-2 and 7-11, Plaintiff Taliah Mirmalek ("Plaintiff") and Defendant Los Angeles Times Communications, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 19, 2025, the Court granted the Parties' the Motion for Preliminary Approval and set deadlines related to notice and final approval of the settlement. (ECF No. 50);

WHEREAS; on February 3, 2026, the Court granted the Parties' stipulation extending the settlement-related deadlines (ECF No. 52);

WHEREAS, pursuant to the Court's February 3, 2026 Order, the Objection and Opt-Out Deadline was extended from March 23, 2026 to April 22, 2026;

WHEREAS, on April 27, 2026, due to an oversight on Class Counsel's part, Class Counsel learned that the Motion for Attorneys' Fees, Costs, Expenses, and Service Awards (ECF No. 60) had not been posted to the Settlement Website;

WHEREAS, the Parties request an extension of the Objection Deadline so that Settlement Class Members may consider the fee motion in conjunction with their decision to submit a claim or object to the Settlement pursuant to Fed. R. Civ. P. 23(h);

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1.    The new deadlines will be as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Notice Date | February 20, 2026 | February 20, 2026 |
| Motion for Attorneys' Fees, Costs, Expenses, and Service Award | April 6, 2026 | April 6, 2026 |
| Opt-Out Deadline | April 22, 2026 | April 22, 2026 |
| Objection Deadline | April 22, 2026 | May 13, 2026[1] |
| Claims Deadline | May 20, 2026 | May 20, 2026 |

---

[1] This gives Settlement Class Members the same amount of time to evaluate the fee motion between posting date (April 27) and the Objection Deadline (May 13) as before (April 6 to 22).

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Final Approval Motion and Response to Any Objections | June 4, 2026 | June 4, 2026 |
| Deadline to Submit Notices of Appearance at the Final Approval Hearing | June 4, 2026 | June 4, 2026 |
| Supplement declaration (1) stating the number of claims, requests for exclusion, and objections to date and (2) attesting that Notice was disseminated consistent with the Settlement | June 12, 2026 | June 12, 2026 |
| Final Approval Hearing | June 26, 2026 at 10:00 a.m. (via Zoom) | June 26, 2026 at 10:00 a.m. (via Zoom) |
| Award Issuance Date | Begins 14 days after Effective Date | Begins 14 days after Effective Date |

Dated:  April 28, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       klynn@bursor.com
       jwilner@bursor.com

*Class Counsel*

STIPULATION AND [PROPOSED] ORDER EXTENDING OBJECTION DEADLINE
CASE NO. 3:24-CV-01797-CRB

2

Dated:  April 28, 2026

**HUNTON ANDREWS KURTH LLP**

By: */s/ Jason J. Kim*

Jason J. Kim (State Bar No. 221476)
550 South Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-200
Facsimile: (213) 532-2020
Email: kimj@HuntonAK.com

*Attorney for Defendant*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Objection Deadline.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Max S. Roberts, attest that concurrence in the filing of this document has been obtained

*/s/ Max S. Roberts*
Max S. Roberts

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and [Proposed] Order Extending Settlement-Related Deadlines (the "Stipulation");

The Stipulation is GRANTED as follows:

1.    The settlement deadlines are extended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Notice Date | February 20, 2026 | February 20, 2026 |
| Motion for Attorneys' Fees, Costs, Expenses, and Service Award | April 6, 2026 | April 6, 2026 |
| Opt-Out Deadline | April 22, 2026 | April 22, 2026 |
| Objection Deadline | April 22, 2026 | May 13, 2026 |
| Claims Deadline | May 20, 2026 | May 20, 2026 |
| Final Approval Motion and Response to Any Objections | June 4, 2026 | June 4, 2026 |
| Deadline to Submit Notices of Appearance at the Final Approval Hearing | June 4, 2026 | June 4, 2026 |
| Supplement declaration (1) stating the number of claims, requests for exclusion, and objections to date and (2) attesting that Notice was disseminated consistent with the Settlement | June 12, 2026 | June 12, 2026 |
| Final Approval Hearing | June 26, 2026 at 10:00 a.m. (via Zoom) | June 26, 2026 at 10:00 a.m. (via Zoom) |
| Award Issuance Date | Begins 14 days after Effective Date | Begins 14 days after Effective Date |

**IT IS SO ORDERED.**

Dated:    April 29, 2026

HON. CHARLES R. BREYER
United States District Judge