*C24-1797 CRB*

1432 Lexington Street
Tustin, CA 92782

April 22, 2026

The Hon. Charles R. Breyer
San Francisco Courthouse, Courtroom 6
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**

**APR 27 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA    *CRB*

Re:    *Mirmalek v. Los Angeles Times Communications, LLC*, No. 3:24-CV-07997-CRB

Dear Judge Breyer:

I am a member of the putative class in the above-captioned case, having accessed the *Los Angeles Times* regularly via both its website and its mobile app during the class period. My class member ID is 8328766PHB8JG. I represent myself in propria persona and have never requested or received payment in exchange for withdrawing an objection to a class action settlement.

I write to object to the settlement on the grounds that class counsel has failed timely to post its request for attorneys' fees on the website set up by the settlement administrator. Per section 17 of the long-form notice, the request for fees was to be posted on the website by April 6, 2026. As of today, April 22, the request has not been posted. This failure leaves putative class members like myself unable to evaluate the fee request by the objection deadline.

I ask that class counsel be ordered to post the fee request on the website, that the objection deadline be continued to allow for evaluation of the fee request, and that the final approval hearing also be continued accordingly.

Regards,

Charles K. LaPlante

Cc:
Max S. Roberts (via US Mail)
Jason J. Kim (via US Mail)