# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIAH MIRMALEK, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC,<br><br>                    Defendant. | Case No. 3:24-cv-01797-CRB<br><br>[PROPOSED] **FINAL JUDGMENT**<br><br>Hon. Charles R. Breyer |

For the reasons set forth in the accompanying Order Granting Final Approval of Class Action Settlement, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1.    The Motion for Final Approval of Class Action Settlement, dated June 4, 2026, is hereby **GRANTED**. The Parties are **ORDERED** to comply with the terms of the Settlement.

2.    Any and all claims related to the litigation of *Mirmalek v. Los Angeles Times Communications LLC*, Case No. 3:24-cv-01797-CRB (N.D. Cal.) are hereby **DISMISSED WITH PREJUDICE** and without costs to any Party, other than as specified in the Settlement, the Order Granting Final Approval of Class Action Settlement and this Judgment, and any order(s) by this Court regarding the Motion for Attorneys' Fees, Costs, Expenses, and Service Awards.

3.    Without affecting the finality of the Order Granting Final Approval of Class Action Settlement and this Judgment in any way, this Court retains jurisdiction over (i) implementation of the Settlement Agreement and the terms of the Settlement Agreement; (ii) distribution of the settlement payments, Class Counsel Attorneys' Fees, Costs, and Expenses, and Plaintiffs' Service Awards; and (iii) all other proceedings arising out of or related to the implementation, interpretation, validity, administration, consummation, and enforcement of the terms of the Settlement, including enforcement of the Releases provided for in the Settlement.

4.    This is a final and appealable judgment.

**IT IS SO ORDERED.**

Date:    June 26, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE