RECEIVED
AUG - 3 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mirmalek v. Los Angeles Times Communications LLC
Case No. 3:24-CV-01797-CRB

## ~~[PROPOSED]~~ ORDER GRANTING MOTION PER FRAP 4(a)(5) FOR EXTENSION TO FILE NOTICE OF APPEAL; AND TO LODGE THE ATTACHED NOTICE OF APPEAL

AND NOW this 5th day of August, 2026, upon consideration of Objector-Appellant Julio Flores' Motion Per FRAP 4(a)(5) for extension to file Notice of Appeal, and upon finding the late filing constitutes excusable neglect because Mr. Flores attempted to file the notice by email on July 26, 2026, and the Clerk notified him it would not be accepted on July 29, 2026, and needed to be mailed, and upon finding the FRAP 4(a)(5) motion to be timely, the Court GRANTS the motion and directs that the Clerk file Exhibit A as Mr. Flores' notice and transmit the same to the Ninth Circuit.

Date: August 5, 2026

U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

EXHIBIT A

NOTICE OF APPEAL